```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-00112-RNO
Kenneth H Born                                                      Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman              Page 1 of 1                   Date Rcvd: Feb 21, 2019
                              Form ID: ntcnfhrg            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
db             +Kenneth H Born,    2209 Kunkletown Rd.,,    Saylorsburg, PA 18353-7911
5149147        +Bank of America/AAA Financial Serv,    PO Box 982235,    El Paso, TX 79998-2235
5149148        +BestBuy,    Po Box 6497,    Sioux Falls, SD 57117-6497
5154166        +Greensky, LLC,    1797 Northeast Expressway, Suite 100,    Brookhaven, GA 30329-2451
5149152        +Melissa Jane Born,    2209 Kunkletown Rd.,,    Saylorsburg, PA 18353-7911
5149153        +Private National Mortgage,    PO Box 514387,    Los Angeles, CA 90051-4387
5149154        +Regions Bank/Greensky Loan Svc,    1797 NE Expressway,    Atlanta, GA 30329-7803
5149159        +WF/Bobs Discount Furn,    PO Box 14517,    Des Moines, IA 50306-3517
5149156        +Wells Fargo,    PO Box 94435,    Albuquerque, NM 87199-4435
5149157        +Wells Fargo Bank Pcm,    PO Box 94435,    Albuquerque, NM 87199-4435
5164029         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA   50306-0438
5164295         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
5151527        +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
5149158        +Wells Fargo Card Services,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5149151         E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 21 2019 19:12:55      Honda Financial Services,
                 PO Box 7829,    Philadelphia, PA 19101
5155263         E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 21 2019 19:12:55
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
5150035        +E-mail/Text: bankruptcy@cavps.com Feb 21 2019 19:12:57      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5149149        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 21 2019 19:12:37      Comenity Bank/Boscovs,
                 PO Box 182120,    Columbus, OH 43218-2120
5149150        +E-mail/Text: defaultspecialty.us@bbva.com Feb 21 2019 19:12:50      Compass BK,   Po Box 11830,
                 Birmingham, AL 35202-1830
5149675        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2019 19:11:31
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5149155        +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 19:11:31      SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 1 Kenneth H Born jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
| --- | --- |
| Kenneth H Born,<br>aka Kenneth H Born Sr., | Chapter     13 |
| **Debtor 1** | Case No.     5:19−bk−00112−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **April 2, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
| --- | --- |
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 9, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 21, 2019 |

ntcnfhrg (03/18)