# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Kenneth H Born AKA Kenneth H Born, Sr.** | : | Case No.: 19-00112 |
| | : | Chapter 13 |
| | : | Judge Robert N. Opel II |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for PNC Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

19-017496_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Kenneth H Born AKA Kenneth H Born, Sr. | : | Case No.: 19-00112 |
| | : | Chapter 13 |
| | : | Judge Robert N. Opel II |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Jason M Rapa, Attorney for Kenneth H Born AKA Kenneth H Born, Sr., Rapa Law Office, PC, 141 South 1st Street, Lehighton, PA 18235, jrapa@rapalegal.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 20, 2019:

Kenneth H Born AKA Kenneth H Born, Sr., 2209 Kunkletown Rd., Saylorsburg, PA 18353

Kenneth Born, 2209 Kunkletown, Saylorsburg, PA 18353


DATE:  May 20, 2019 

/s/ Karina Velter  
Karina Velter, Esquire (94781)  
Adam B. Hall (323867)  
Sarah E. Barngrover (323972)  
Manley Deas Kochalski LLC  
P.O. Box 165028  
Columbus, OH 43216-5028  
Telephone: 614-220-5611  
Fax: 614-627-8181  
Attorneys for Creditor  
The case attorney for this file is Karina Velter.  
Contact email is kvelter@manleydeas.com

19-017496_PS