Certificate Number: 05781-PAM-DE-038225504

Bankruptcy Case Number: 19-00112


05781-PAM-DE-038225504

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on <u>February 27, 2024</u>, at <u>2:05</u> o'clock <u>PM PST</u>, <u>Kenneth Born</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 27, 2024</u>     By:     <u>/s/Allison M Geving</u>

                                                     Name:   <u>Allison M Geving</u>

                                                     Title:   <u>President</u>