In re:                                                                                          Case No. 19-00112-MJC

Kenneth H Born                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2024 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth H Born, 2209 Kunkletown Rd.,, Saylorsburg, PA 18353-7911 |
| 5149152 | + | Melissa Jane Born, 2209 Kunkletown Rd.,, Saylorsburg, PA 18353-7911 |
| 5149153 | + | Private National Mortgage, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5149154 | + | Regions Bank/Greensky Loan Svc, 1797 NE Expressway, Atlanta, GA 30329-7803 |
| 5149157 | | Wells Fargo Bank, N.A. Personal Lending, MAC D1111-035 PO Box 564300, Charlotte, NC 28256-9914 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 19 2024 18:36:00 | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane, #200, Irving, TX 75063-2912 |
| cr | + | EDI: PRA.COM | Apr 19 2024 22:33:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | EDI: WFFC2 | Apr 19 2024 22:33:00 | Wells Fargo Bank, N.A., MAC Q2132-023, PO Box 94423, Albuquerque, NM 87199 |
| 5149151 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 19 2024 18:36:00 | Honda Financial Services, PO Box 7829, Philadelphia, PA 19101 |
| 5155263 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 19 2024 18:36:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5380275 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 19 2024 18:36:00 | American Honda Finance Corporation, d/b/a Honda Financial Services, Administrator For Honda Lease Trust, 3625 W. Royal Lane #200, Irving, TX 75063 |
| 5167653 | + | EDI: BANKAMER2 | Apr 19 2024 22:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5149147 | + | EDI: BANKAMER | Apr 19 2024 22:33:00 | Bank of America/AAA Financial Serv, PO Box 982235, El Paso, TX 79998-2235 |
| 5149148 | + | EDI: CITICORP | Apr 19 2024 22:33:00 | BestBuy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5150035 | + | Email/Text: bankruptcy@cavps.com | Apr 19 2024 18:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5174618 | + | EDI: CITICORP | Apr 19 2024 22:33:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5149149 | + | EDI: WFNNB.COM | Apr 19 2024 22:33:00 | Comenity Bank/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 5154166 | + | Email/Text: bankruptcy@greenskycredit.com | Apr 19 2024 18:36:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Brookhaven, GA 30329-2451 |
| 5149150 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

|  |  | Apr 19 2024 18:36:00 | Compass BK, Po Box 11830, Birmingham, AL 35202 |
| 5171398 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2024 18:36:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5449479 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2024 18:36:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 5449480 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2024 18:36:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101, PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 5303709 | EDI: PRA.COM | Apr 19 2024 22:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5303710 | EDI: PRA.COM | Apr 19 2024 22:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5171703 | EDI: PRA.COM | Apr 19 2024 22:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5149675 | + EDI: PRA.COM | Apr 19 2024 22:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5170050 | + Email/PDF: ebnotices@pnmac.com | Apr 19 2024 18:43:19 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5171973 | EDI: Q3G.COM | Apr 19 2024 22:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5149155 | + EDI: SYNC | Apr 19 2024 22:32:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5149159 | + EDI: WFFC2 | Apr 19 2024 22:33:00 | WF/Bobs Discount Furn, PO Box 14517, Des Moines, IA 50306-3517 |
| 5149156 | + EDI: WFFC2 | Apr 19 2024 22:33:00 | Wells Fargo, PO Box 94435, Albuquerque, NM 87199-4435 |
| 5151527 | + EDI: WFFC2 | Apr 19 2024 22:33:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 5164295 | EDI: WFFC2 | Apr 19 2024 22:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5164029 | EDI: WFFC2 | Apr 19 2024 22:33:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5149158 | + EDI: WFFC2 | Apr 19 2024 22:33:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com |
| Jason M Rapa | on behalf of Debtor 1 Kenneth H Born jrapa@rapalegal.com<br>secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com |
| Michael Patrick Farrington | on behalf of Creditor Pennymac Loan Services  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services  Administrator For Honda Lease Trust wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 7

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Kenneth H Born** | Social Security number or ITIN   xxx–xx–2535 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–00112–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth H Born
aka Kenneth H Born Sr.

**By the court:**

4/19/24

Mark J. Conway, United States
Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2