Fill in this information to identify the case:

Debtor 1: Kenneth H. Born

Debtor 2: (Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number 19-00112 MJC

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** PennyMac Loan Services, LLC

**Court claim no. (if known):** 10

**Last 4 digits** of any number you use to identify the debtor's account: 2897

**Property address:**
2209 Kunkletown Rd
Saylorsburg, PA 18353

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06 / 01 / 2024

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due: (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____
c. **Total.** Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.  
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Michael Farrington          Date    05/14/2024  
PA Middle BK  
14 May 2024, 11:22:30, EDT

KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 16106  
215-627-1322  
bkgroup@kmllawgroup.com  
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kenneth H. Born aka Kenneth H Born, Sr.** | BK NO. 19-00112 MJC |
|                      **Debtor(s)** | Chapter 13 |
| **PennyMac Loan Services, LLC** | Related to Claim No. 10 |
|                      **Movant** | |
|      vs. | |
| **Kenneth H. Born aka Kenneth H Born, Sr.** | |
|                      **Debtor(s)** | |
| **Jack N. Zaharopoulos**, | |
|                      **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MRTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 14, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Kenneth H. Born aka Kenneth H Born, Sr.
2209 Kunkletown Road
Saylorsburg, PA 18353

<u>Attorney for Debtor(s) (via ECF)</u>
JASON M. RAPA
Rapa Law Office, PC
141 South 1st Street
Lehighton, PA 18235

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
Standing Chapter 13
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first- class mail.
Dated: <u>May 14, 2024</u>

                                              */s/ Michael P. Farrington*
                                              Michael P. Farrington Esq.
                                              Attorney I.D. 329636
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              (215) 825-6488
                                              mfarrington@kmllawgroup.com